No. 947. Pearson, Post Commanding Officer, *v.* United States ex rel. Horowitz; and

No. 948. Pearson, Post Commanding Officer, *v.* United States ex rel. Samuels. May 27, 1946. Hobbs

substituted for Pearson. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General McGrath* for petitioner. *Harry Mesard* for respondents. 